UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHARRLIN, LARRY L § Case No. 06-15371
§
Debtor(s) §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF COURT
    219 S. DEARBORN STREET
    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/26/2010 in Courtroom 4016,
    DuPage Judicial Center
    505 N. County Farm Road
    Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/21/2010    By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| CHARRLIN, LARRY L | § | Case No. 06-15371 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| *The Final Report shows receipts of* | $ | 17,507.70 |
| *and approved disbursements of* | $ | 18.93 |
| *leaving a balance on hand of*[1] | $ | 17,488.77 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 2,500.77 | $ 0.00 |
| Attorney for trustee: Springer Brown Covey Gaertner & Davis | $ 6,371.75 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: |  | $ | $ |
| Fees: |  | $ | $ |
| Other: Clerk, United States Bankruptcy Court |  | $ 0.00 | $ 250.00 |
| Other: |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: |  | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 213,522.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Stahelin Enterprises | $ 30,850.56 | $ 1,208.79 |
| 000002 | Chase Bank USA, NA | $ 10,373.77 | $ 406.47 |
| 000003 | Harris N.A. | $ 120,992.85 | $ 4,740.75 |
| 000004 | American Express Travel Related Svcs Co | $ 37,637.17 | $ 1,474.70 |
| 000005 | HSBC Bank NA/Direct Merchants Credit Card | $ 1,069.85 | $ 41.92 |
| 000006 | eCAST Settlement Corporation successor to | $ 12,598.16 | $ 493.62 |
| | Capital One | $ 0.00 | $ 0.00 |
| | Citi Cards | $ 0.00 | $ 0.00 |
| | Harris Bank Oakbrook Terrace | $ 0.00 | $ 0.00 |
| | MBNA America | $ 0.00 | $ 0.00 |
| | Oakbrook Bank | $ 0.00 | $ 0.00 |
| | Trout & Associates | $ 0.00 | $ 0.00 |
| | Wells Fargo | $ 0.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| — — | — — — | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) (Page: 5)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams                Page 1 of 1                  Date Rcvd: Jan 22, 2010
Case: 06-15371                Form ID: pdf006                Total Noticed: 25

The following entities were noticed by first class mail on Jan 24, 2010.
 db           +Larry L Charrlin,    363 Cumnor Ave.,    Glen Ellyn, Il 60137-4839
 aty          +Arthur W Rummler,    Law Offices of Arthur W. Rummler,     799 Roosevelt Road,
                Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
 aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,     400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 aty          +John H Redfield,    John H. Redfield & Associates, P.C.,     102 S. Wynstone Park Drive,   Suite 201,
                North Barrington, IL 60010-6917
 tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,     3400 West Lawrence,
                Chicago, IL 60625-5104
11027580       American Express Travel Related Svcs,     Co Inc Corp Card,    PO Box 3001,   Malvern, PA 19355-0701
11991677       American Express Travel Related Svcs Co,     Inc Corp Card,    c/o Becket and Lee LLP,   POB 3001,
                Malvern PA 19355-0701
11027581      +Baker & Enright,    33 W. Jackson Blvd.,    Chicago, IL 60604-4092
11027582       Capital One,    PO Box 85167,    Richmond, VA 23285-5167
11027583      +Chapman & Cutler,    111W. Monroe Street,    Chicago, IL 60603-4096
11027584      +Chase,    PO Box 15902,    Wilmington, DE 19886-5902
11852445       Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11027585       Citi Cards,    PO Box 6412,    The Lakes, NV 88901-6412
11027586      +Clingen Callow & McLean, LLC,     2100 Manchester Road,    Suite 1750,   Wheaton, IL 60187-4579
11991729       HSBC Bank NA/Direct Merchants Credit Card,     Bank NA by eCAST Settlement Corporation,
                as its agent,    POB 35480,    Newark NJ 07193-5480
11027587       Harris Bank Oakbrook Terrace,     17 W. 695 Rossevelt Road,    Oakbrook Terrace, IL 60181
11983605      +Harris N.A.,    James P Sullivan,Chapman & Culter LLP,     111 W Monroe St,   Chicago Il 60603-4096
11027589      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,
                230 S. Dearborn Street,    Chicago, IL 60604)
11027588       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
11027591       Oakbrook Bank,    PO Box 5165,    Oak Brook, IL 60522-5165
11215943      +Stahelin Enterprises,    c/o Timothy M McLean,    2100 Manchester Road Suite 1750,
                Wheaton, IL 60187-4579
11027592      +Trout & Assoc.,    1540 E. Dundee Road,    Suite 160,    Palatine, IL 60074-8322
11027593      +Wells Fargo,    PO Box 348750,    Sacramento, CA 95834-8750
11027590       eCAST Settlement Corporation,    successor to Bank of America/,    FIA Card Services formerly MBNA,
                PO Box 35480,    Newark, NJ 07193-5489
12004340       eCAST Settlement Corporation successor to,    FIA Card Services aka Bank of America,   POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2010**               **Signature:** *Joseph Speetjens*